costs to abide the event, on authority of *Holzer* v. *Rosenberg* (*ante,* p. 823), decided herewith. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

In the Matter of the Petition of LAVINIA LALLY to Prove the Last Will and Testament of CATHARINE MATILDA LALLY, Late of the County of Kings, Deceased. — Decree of the Surrogate's Court of Kings county, denying probate, and the order, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Application of CHARLES H. OHLAU and Another, Respondents, for an Order of Mandamus against ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Appellant. (Appeal No. 1.) — Order unanimously affirmed, with costs, on the opinion of Mr. Justice Cropsey at Special Term. [Reported in 121 Misc. Rep. 386.] Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Application of CHARLES H. OHLAU and Another, Respondents, for an Order of Mandamus against ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Appellant. (Appeal No. 2.) — Order unanimously affirmed, with costs, on authority of appeal No. 1 (*ante,* p. 824), decided herewith. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

NAFTALE KROMPENHOLZ, Respondent, v. THE H. I. J. REALTY CORPORATION, Defendant, Impleaded with LA SPINA CONSTRUCTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

R. SPENCER PALMER, Respondent, v. THE NORTHERN ILLINOIS CEREAL COMPANY, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion of defendant to vacate the judgment and service of the summons herein granted, w th ten dollars costs, for the reason that the preponderance of proof shows that at the time of the so-called service of the summons herein the defendant was not doing business in the State of New York and the person served with the summons was not an officer or managing agent of defendant. (See *Taylor* v. *G. S. P. Association,* 136 N. Y. 343; *Beck* v. *North Packing & Provision Co.,* 159 App. Div. 419; *Holzer* v. *Dodge Brothers,* 233 N. Y. 216.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ADOLPH PETERSON, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE FERGER, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY GIORDANO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. O'NEILL, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. HARRY P. FURNESS and Others, as Executors, etc., of